**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 22 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: ONLINE DVD RENTAL ANTITRUST LITIGATION, ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ANDREA RESNICK; et al.,        Plaintiffs - Appellants,   v. NETFLIX, INC.; et al.,        Defendants - Appellees. | No. 11-18034      12-16160 D.C. No. 4:09-md-02029-PJH Northern District of California, Oakland ORDER |
| In re: ONLINE DVD RENTAL ANTITRUST LITIGATION, ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ANDREA RESNICK; et al.,        Plaintiffs - Appellees,   v. THEODORE H. FRANK, et al.        Objectors - Appellants,   v. NETFLIX, INC.; et al.,        Defendants - Appellees. | No. 12-15705      12-15889      12-15957      12-15996      12-16010      12-16038 D.C. No. 4:09-md-02029-PJH Northern District of California, Oakland |

| | |
|---|---|
| In re: ONLINE DVD RENTAL ANTITRUST LITIGATION,<br><br>ANDREA RESNICK; et al.,<br><br>    Plaintiffs - Appellees,<br><br> v.<br><br>NETFLIX, INC.,<br><br>    Defendant - Appellant,<br><br> and<br><br>WAL-MART STORES, INC. And WALMART.COM USA LLC,<br><br>    Defendants. | No. 12-16183<br><br>D.C. No. 4:09-md-02029-PJH<br>Northern District of California, Oakland |

Due to the recusal of the panel assigned, these cases are removed from the December 2, 2013, San Francisco calendar. The parties will be notified of reassignment in due course.

FOR THE COURT:

MOLLY C. DWYER
Clerk of Court

By: Beverly Brown
Deputy Clerk